# United States District Court
## Northern District of Illinois
### Eastern Division

Marjorie Friedman Scherr  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 10 C 7384

Marriott International, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against plaintiff Marjorie Friedman Scherr and the case is dismissed.

Michael W. Dobbins, Clerk of Court

Date: 12/14/2011  _____

/s/ Eric Fulbright, Deputy Clerk