# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 7, 2012

**By the Court:**

| | |
|---|---|
| MARJORIE FRIEDMAN SCHERR,<br>　　　Plaintiff-Appellant,<br><br>No. 11-3833　　　　　　v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br>et al.,<br>　　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:10-cv-07384<br>]<br>] Charles R. Norgle, Sr.,<br>]　　　Judge. |

O R D E R

　　　A review of the "Jurisdictional Statement" in the brief of appellees filed on May 18, 2012, reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to state <u>explicitly</u> whether or not the jurisdictional summary in an appellant's brief is "complete and correct". If it is not, the appellee must provide a "complete jurisdictional summary".

　　　Appellees' statement ignores the requirement of Circuit Rule 28(b); it is insufficient to merely state that appellees "do not disagree" with the appellant's Jurisdictional Statement. Accordingly,

　　　IT IS ORDERED that the brief of appellees is STRICKEN. Appellees must file a new brief on or before June 14, 2012, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(b), and if appellant's brief is not complete and correct, Circuit Rule 28(a) also. Counsel for appellees are reminded that they may not change any other portion of the brief.